48 So.2d 536

### Stiner DOTSON v. STATE.
### 6 Div. 83.

Supreme Court of Alabama.

Nov. 2, 1950.

Morel Montgomery, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Stiner Dotson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Dotson v. State, 48 So.2d 534.

We have examined the petition in connection with the opinion of the Court of Appeals, and are of the opinion the petition is without merit.

Writ denied.

FOSTER, SIMPSON and STAKELY, JJ., concur.

48 So.2d 252

### ALABAMA GREAT SOUTHERN R. CO.
### v. Charles RUSSELL.
### 6 Div. 79.

Supreme Court of Alabama.

June 22, 1950.

Rehearing Denied Nov. 2, 1950.

James J. Mayfield and Francis A. Massa, of Tuscaloosa, for petitioner.

Benners, Burr, Stokely & McKamy, of Birmingham, and Jones, Dominick & McEachin and Liston C. Bell, of Tuscaloosa, opposed.

SIMPSON, Justice.

Petition of Charles Russell for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court, after remandment, in the case of Alabama Great Southern R. Co. v. Russell, Ala.App., 48 So.2d 239, and motion by appellant to strike the petition.

Motion to strike overruled; writ denied.

FOSTER, LIVINGSTON and STAKELY, JJ., concur.